**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| HYO JUNG SUH | * |
| IN SOOK SUH | * |
| | *   Case No. 8:12-cv-00329-RWT |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE FITZPATRICK LAW OFFICE, P.C. | * |
| | * |
| Defendant | * |

**PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSE OF DEFENDANT THE FITZPATRICK LAW OFFICE, P.C.**

COMES NOW Hyo Jung Suh and In Sook Suh ("Plaintiffs") through undersigned counsel Robinson S. Rowe and the law firm of Rowe Barnett, PLLC, and file their Motion to Strike the Affirmative Defense of The Fitzpatrick Law Office, P.C. pursuant to FED. R. CIV. P. 12(f).

The grounds for this Motion are explained in the accompanying Memorandum of Law in support of this Motion.

Respectfully submitted this 27th day of March, 2012,

By:
/s/
Robinson S. Rowe, Bar No. 27752
Attorney for the Plaintiff
Rowe Barnett, PLLC
5906 Hubbard Dr., Suite 4-A
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-4711
interoffice@rowepllc.com

## CERTIFICATE OF SERVICE

      I certify that on March 27, 2012, I served the foregoing Motion to Strike Defendant's Affirmative Defenses and Memorandum of Law in Support via first class mail, postage prepaid, and/or via the Court's ECF system upon the following parties:

Birgit Dachtera Stuart
The Law Offices of Ron Canter
200A Monroe Street, Suite 104
Rockville, MD  20850

                                            **/s/ Robinson S. Rowe**
                                            Robinson S. Rowe