IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN SOOK SUH AND<br>HYO JUNG SUH<br><br>　　　　Plaintiffs,<br>v.<br><br>THE FITZPATRICK LAW OFFICE, P.C.,<br><br>　　　　Defendant. | Case No. 8:12-CV-00329-RWT |

## MOTION FOR SUMMARY JUDGMENT

Your Defendant, The Fitzpatrick Law Office, P.C., by and through counsel, moves for Summary Judgment on Plaintiffs' Complaint and Defendant's Counterclaim, and as grounds therefore refers this Court to the accompanying Brief in Support of Defendant's Motion for Summary Judgment.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart, Esquire
Bar No. 17420
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone:  301-424-7490
Facsimile:  301-424-7470
E-Mail:  bstuart@roncanterllc.com
*Attorney for Defendant The Fitzpatrick Law Office, P.C.*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual listed below by Electronic Notification on this 7th day of September, 2012 to:

        Robinson S. Rowe, Bar No. 27752
        ROWE BARNETT, PLLC
        5906 Hubbard Drive
        Rockville, Maryland 20852
        *Attorney for Plaintiff*

        /s/ Birgit Dachtera Stuart
        Birgit Dachtera Stuart, Esquire
        *Attorney for Defendant The Fitzpatrick Law Office, P.C.*