# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **IN SOOK SUH**, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Case No. RWT 12-cv-329 |
| **THE FITZPATRICK LAW OFFICE, P.C.**, | * | |
| Defendant. | * | |

# ORDER

Upon consideration of Defendant's Motion for Summary Judgment, ECF No. 19, Plaintiffs' Cross-Motion for Summary Judgment, ECF No. 20, the reply thereto, the arguments presented by counsel at a hearing held before the undersigned on April 15, 2013, and for the reasons stated on the record, it is this 15th day of April, 2013, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant's Motion for Summary Judgment, ECF No. 19, is **GRANTED**; and it is further

**ORDERED**, that Plaintiffs' Cross-Motion for Summary Judgment, ECF No. 20, is **DENIED**; and it is further

**ORDERED**, that the Clerk of this Court is directed to enter judgment for costs in favor of Defendant and to close this case; and it is further

**ORDERED**, that Defendant's request pursuant to 15 U.S.C. § 1692k(a)(3) for additional costs relating to actions "brought in bad faith and for the purpose of harassment" is **DENIED**.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE